UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR421-0183 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| BARRY MCCORMICK | ) | Prohibited Person |
| | ) | |
| | ) | 21 U.S.C. § 844(a) |
| | ) | Possession of a Controlled |
| | ) | Substance (Marijuana) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 2, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**BARRY MCCORMICK,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Jimenez Arms, model J.A. 22, 22 caliber pistol, and the firearm was in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Controlled Substance (Marijuana)*
21 U.S.C. § 844(a)

On or about November 2, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**BARRY MCCORMICK,**

did knowingly and intentionally possess a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Counts One and Two of this Indictment, the defendant, **BARRY MCCORMICK** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, a Jimenez Arms, model J.A. 22, 22 caliber pistol (serial number 1207249).

_____
David H. Estes
Acting United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Steven H. Lee
Assistant United States Attorney