# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: 4:21cr183 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| BARRY McCORMICK | ) | |

## ORDER

This matter is before the Court on the Application for Leave of Absence by Steven Lee, counsel for Plaintiff, from December 23, 2021 through December 29, 2021. After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 3rd day of December 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA